UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO ROMAN,<br><br>            Plaintiff,<br><br>      v.<br><br>PATRICK EATON, et al.<br><br>            Defendants. | No. 1:23-cv-00671-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 18) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On January 18, 2024, the court screened plaintiff's second amended complaint and found that he stated a cognizable retaliation claim against defendant K. Jackson but failed to state any other cognizable claims.  Doc. 15.  Plaintiff was granted one final opportunity to file an amended complaint or to notify the court of his intent to proceed on the claim found to be cognizable.  *Id*.

On February 12, 2024, plaintiff filed a notice of intent to proceed on the claims found to be cognizable.  Doc. 16.  Accordingly, on February 14, 2024, the magistrate judge issued findings and recommendations recommending that this action proceed against defendant K. Jackson for retaliation and that all other claims and defendants be dismissed.  Doc.18.

1

In accordance with 28 U.S.C. § 636(b)(1), this court conducted a de novo review of this case. Having reviewed the file, the court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued February 14, 2024, Doc. 18, are **ADOPTED** in full;
2. This action **PROCEEDS** on plaintiff's retaliation claim against defendant K. Jackson;
3. All other claims and defendants are **DISMISSED** from the action; and
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: June 27, 2024

_____
UNITED STATES DISTRICT JUDGE