UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO ROMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>K. JACKSON<br><br>    Defendant. | No.  1:23-cv-00671-KES-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 28) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion for an extension of time to file a responsive pleading.  (ECF No. 28.)

Good cause having been presented, it is HEREBY ORDERED that the deadline for Defendant to file a responsive pleading is extended to **October 14, 2024**.

IT IS SO ORDERED.

Dated:   **August 27, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

1