UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO ROMAN,<br><br>                Plaintiff,<br><br>v.<br><br>K. JACKSON,<br><br>                Defendant. | Case No. 1:23-cv-00671-KES-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE ISIDRO ROMAN**, CDCR #J-41754 **VIA VIDEO CONFERENCE**<br><br>DATE: January 7, 2025<br>TIME:  1:00 p.m. |

**Inmate Isidro Roman, CDCR #J-41754**, a necessary and material witness on his behalf in a settlement conference on **January 7, 2025, at 1:00 p.m.**, is confined at the Valley State Prison, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Magistrate Judge Barbara A. McAuliffe on January 7, 2025, at 1:00 p.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Valley State Prison:**

**WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **December 6, 2024**

STANLEY A. BOONE
United States Magistrate Judge

