UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO ROMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. JACKSON<br><br>　　　　　Defendant. | No. 1:23-cv-00671-KES-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ISIDRO ROMAN, CDCR #J-41754 |

A settlement conference in this matter commenced on January 7, 2025.  Inmate Isidro Roman, CDCR #J-41754, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **January 7, 2025**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1